**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**LISA A. HICKS**                                                                    **PLAINTIFF**


**v.**                              **NO. 4:20-cv-01175 PSH**


**KILOLO KIJAKAZI, Acting Commissioner of**                    **DEFENDANT**
**the Social Security Administration**


## ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to reverse and remand. See Docket Entry 22. In the motion, she asks the Court to reverse and remand this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. 405(g).

For good cause shown, the motion to reverse and remand is granted. This case is remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a "sentence four" remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is without prejudice to plaintiff Lisa A. Hicks' subsequent filing of a motion

for attorney's fees and expenses pursuant to the Equal Access to Justice

Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 9th day of August, 2021.


_____
UNITED STATES MAGISTRATE JUDGE