# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LISA A. HICKS**                                                                                                    **PLAINTIFF**

**v.**                             **NO. 4:20-cv-01175 PSH**

**KILOLO KIJAKAZI, Acting Commissioner of**                                              **DEFENDANT**
**the Social Security Administration**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Lisa A. Hicks.

IT IS SO ORDERED this 9th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE